IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY B. MERRITT,
    Plaintiff,

vs.                                      Case No.:  3:13cv607/LAC/EMT

SERGEANT GODFREY, et al.,
    Defendants.
_____/

## O R D E R

       This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 10, 2015 (doc. 61).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

       Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.    Defendants' motion to dismiss (doc. 56) is **GRANTED** as to Plaintiff's Eighth Amendment claim against Defendants Godfrey and Rogers regarding use of a Special Management Spit Shield on June 18, 2012, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and Defendant Godfrey is **DISMISSED** from this action;

       3.    Defendants' motion to dismiss (doc. 56)  is **GRANTED** as to Plaintiff's requests for injunctive and declaratory relief;

4. Defendants' motion to dismiss (doc. 56) is otherwise **DENIED**.

**DONE AND ORDERED** this 15th day of September, 2015.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**