IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY B. MERRITT,
    Plaintiff,

vs.                                       Case No.: 3:13cv607/LAC/EMT

STEWART, et al.,
    Defendants.
_____/

## **O R D E R**

      This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 26, 2016 (ECF No. 76). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the objections filed.

      Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

1. Defendants' Motion for Partial Summary Judgment (ECF No. 74) is **GRANTED** as follows:

   a. Defendant Dustin Stewart is **DISMISSED** from this lawsuit and that service of process upon him be **QUASHED**;

   b. Plaintiff Merritt's claims for compensatory and punitive damages for mental or emotional injury is **DISMISSED**;

2. That the clerk of court is directed to modify the docket to reflect that Defendant Officer Stewart is more particularly identified as Yusef L. Stewart; and

3. The court shall set a deadline for Defendants' counsel to either: (1) enter an appearance on behalf of Defendant Yusef L. Stewart and waive service of process, (2) inform the court under seal of the last known address of Defendant Yusef L. Stewart, or (3) advise the court that neither alternative is possible.

**DONE AND ORDERED** this 16th day of March 2016.

      *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:13cv607/LAC/EMT