IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY B. MERRITT,
     Plaintiff,

vs.                                        Case No.:  3:13cv607/LAC/EMT

STEWART, et al.,
     Defendants.
_____/

## ORDER and REPORT AND RECOMMENDATION

Now before the court is Plaintiff's "Motion to Voluntarily Dismiss this Case"

(ECF No. 104).  Plaintiff states that he does not wish to proceed with this civil rights

action, and he requests that the court dismiss it.  Defendants have no objection to the

court's granting Plaintiff's motion (*see* ECF No. 106).

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, an action

may be dismissed at the plaintiff's request only by court order, on terms that the court

consider proper.  Dismissal is without prejudice unless otherwise provided in the

order.  *See id.*  The Eleventh Circuit has explained that

> [t]he district court enjoys broad discretion in determining whether to
> allow a voluntary dismissal under Rule 41(a)(2). McCants v. Ford
> Motor Co., Inc., 781 F.2d 855, 857 (11th Cir. 1986). "[I]n most cases,
> a voluntary dismissal should be granted unless the defendant will suffer
> clear legal prejudice, other then the mere prospect of a subsequent
> lawsuit, as a result." *Id.* at 856–57. "The crucial question to be
> determined is, [w]ould the defendant lose any substantial right by the

dismissal."  Durham v. Florida East Coast Ry. Co., 385 F.2d 366, 368 (5th Cir. 1967).  In exercising its "broad equitable discretion under Rule 41(a)(2)," the district court must "weigh the relevant equities and do justice between the parties in each case, imposing such costs and attaching such conditions to the dismissal as are deemed appropriate."  McCants, 781 F.2d at 857.

Pontenberg v. Boston Sci. Corp., 252 F.3d 1253, 1255 (11th Cir. 2001) (modifications added).   Here, Defendants do not oppose dismissal, and Plaintiff's motion to voluntarily dismiss should be granted.

Accordingly, it is **ORDERED**:

The settlement conference presently scheduled for October 20, 2016, is **CANCELLED**.

And it is respectfully **RECOMMENDED**:

Plaintiff's "Motion to Voluntarily Dismiss this Case" (ECF No. 104) be **GRANTED** and this action **DISMISSED**.

At Pensacola, Florida, this 14th day of October 2016.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

Case No.:  3:13cv607/LAC/EMT

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No.:  3:13cv607/LAC/EMT