IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY B. MERRITT,
    Plaintiff,

vs.                                Case No.:  3:13cv607/LAC/EMT

STEWART, et al.,
    Defendants.
_____/

## **O R D E R**

      This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 14, 2016 (ECF No. 108).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

      Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's "Motion to Voluntarily Dismiss this Case" (ECF No. 104) is **GRANTED** and this action is **DISMISSED**.

**DONE AND ORDERED** this 14th day of November, 2016.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**